57 S.Ct. 667

**Wilhelmina SUMI, Petitioner, v. Alsie M. YOUNG.**

No. 406.

Supreme Court of the United States.

March 29, 1937.

For former opinion, see 300 U.S. 251, 57 S.Ct. 438, 81 L.Ed. ——.

For opinion below, see (C.C.A.) 83 F.(2d) 752.

Mr. Herman Weinberger, of San Francisco, Cal., for petitioner.

Petition for rehearing denied.